IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OKLAHOMA DEPARTMENT OF )<br>TRANSPORTATION; KEVIN LOWE, )<br>VIDEO BRANCH MANAGER; )<br>BART VLEUGELS, VIDEO BRANCH )<br>SUPERVISOR, )<br>)<br>Defendants. ) | Case No. CIV-14-945-F |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Oklahoma Department of Transportation, Kevin Lowe and Bart Vleugels move the Court for summary judgment as to all claims against them. Fed. R. Civ. P. 56. The reasons in support of this Motion are in the Brief accompanying this Motion, and the attachments and exhibits attached to the Brief.

Respectfully submitted,

/s/ David W. Lee
David W. Lee, OBA # 5333
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
(405) 524-2070/Fax: (405) 524-2078
david@czwglaw.com

>Tamar Graham Scott, OBA # 10606
>Deputy General Counsel
>Oklahoma Dept. of Transportation
>200 N.E. 21st Street
>Third Floor, Room B-7
>Oklahoma City, OK  73105-3204
>(405) 521-2635/Fax:  (405) 524-7704
>tscott@odot.org

>ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

>Troy Gaston
>Walters, Gaston, Allison & Parker
>1405 West Center, Third Floor
>Greenwood, AR  72936

> /s/ David W. Lee
> David W. Lee