# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-0945-F |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Judgment is entered in favor of the defendants, the Oklahoma Department of Transportation, Kevin Lowe and Bart Vleugels, and against the plaintiff, Brandon Johnson, in accordance with the court's order of this date granting defendants' motion for summary judgment.

Dated this 3rd day of August, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0945p007.wpd